In the Matter of GEORGE HOLLISTER, Respondent.— Order affirmed, without costs of this appeal to any party. All concur, except Harris, J., who dissents and votes for dismissal of the appeal on the ground that no appeal lies from the Supreme Court in this matter. (Children's Court Act, § 43; L. 1922, ch. 547.) (The order reverses an order and judgment of Onondaga Children's Court and directs the release of George Hollister from custody, in a proceeding to compel support of family.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THEODORE GRZECHOWIAK, Appellant, v. CITY OF BUFFALO, Defendant, and JOHN DEERMAN, Defendant-Respondent. (Action No. 1.) JOHN B. DEERMAN, Respondent, v. THEODORE GRZECHOWIAK, Defendant. (Action No. 2.) — Order modified on the facts and as a matter of discretion by changing the title of the consolidated action to read " Theodore Grzechowiak, Plaintiff, v. City of Buffalo and John Deerman, Defendants," with the right to Theodore Grzechowiak to open and close, and as modified affirmed, without costs of this appeal to any party. All concur. (The order consolidates the two actions.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

SECURITY TRUST COMPANY OF ROCHESTER, as Committee of JOHN C. KEELEY, an Incompetent Person, Respondent, v. PENNSYLVANIA RAILROAD COMPANY et al., Respondents, and JEFFREY MANUFACTURING COMPANY, Defendant-Appellant.— Order reversed on the law, with ten dollars costs and disbursements against the defendants-respondents, and motion granted, with ten dollars costs against the defendants-respondents, on the authority of Nichols v. Clark, MacMullen & Riley, Inc. (261 N. Y. 118). All concur. (The order denies a motion of defendant Jeffrey Manufacturing Company to vacate a previous order bringing in said Jeffrey Manufacturing Company as a party defendant.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 729.]

In the Matter of LINCOLN NATIONAL BANK & TRUST COMPANY, Appellant, against WILLIAM P. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent. (Year 1941.) — Final order and judgment reversed on the law and facts and final order granted reducing the assessment on petitioner's property to the sum of $150,000, with costs to the appellant. Certain findings of fact disapproved and reversed and new findings made. All concur, except McCurn, J., not voting. (The final order confirms an assessment on property in the city of Syracuse. The judgment is for costs.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of MARY F. DONNELLY, as Administratrix of the Estate of WILLIAM T. DONNELLY, Deceased, Respondent, to Discover Property Alleged to Be Withheld. EDNA M. METZGER, Appellant. – Order affirmed, without costs of this appeal to either party. All concur. (The order directs Edna M. Metzger to deliver to the administratrix certain moneys held to belong to decedent's estate.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.